No. 72–5515. HARMON *v.* RICHARDSON, SECRETARY OF HEALTH, EDUCATION, AND WELFARE. C. A. 9th Cir. Certiorari denied.

No. 72–5517. ROONEY ET UX. *v.* FIRST WISCONSIN NATIONAL BANK OF MILWAUKEE ET AL. C. A. 7th Cir. Certiorari denied.

No. 72–5518. KASEY ET UX. *v.* MOLYBDENUM CORPORATION OF AMERICA. C. A. 9th Cir. Certiorari denied.

No. 72–482. MARCHETTI *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. MR. JUSTICE DOUGLAS, MR. JUSTICE BRENNAN, and MR. JUSTICE STEWART would grant certiorari.

No. 72–501. TERMINAL FREIGHT COOPERATIVE ASSN. ET AL. *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 3d Cir. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari.

No. 72–515. SANTORO ET AL. *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari.

No. 72–541. VON SLEICHTER *v.* UNITED STATES. C. A. D. C. Cir. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari.

No. 72–559. WESTERN & SOUTHERN LIFE INSURANCE Co. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 6th Cir. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari.

No. 72–592. CITIES SERVICE OIL Co., FORMERLY COLUMBIAN FUEL Co. *v.* UNITED STATES. Ct. Cl. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari.